**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| Javier Moreno and Ofelia Gutierrez Sibaja,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services,<br><br>Defendant. | Civil Case No.: 7:26-cv-181<br><br>Receipt No.: SRC2290080403<br>A 219 333 304<br><br>NOTICE OF DISMISSAL |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs declare that the above-captioned action is voluntarily dismissed without prejudice. This Notice of Voluntary Dismissal is timely entered because Defendant has neither served an answer nor made a motion to dismiss or for summary judgment. The parties have discussed the matter and agree to bear their own costs.

RESPECTFULLY SUBMITTED this 6th day of October, 2026.

*/s/ Shelby Burnam*

Shelby Burnam, Esq.
Georgia Bar #: 818519
Attorney for the Plaintiffs
Socheat Chea, P.C.
3500 Duluth Park Lane, Bldg. 300
Duluth, Georgia 30096
(770) 623-8880
shelby@socheatchea.com

SO ORDERED this 7th day of October, 2026

W. Louis Sands

W. Louis Sands, SR. Judge
United States District Court